IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACKSINA MARIBEL PEREZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ARDENT CREDIT UNION | : | NO. 21-4729 |

ORDER

AND NOW, this 11th day of January, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant to dismiss the amended complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure is GRANTED with no leave granted to plaintiff to amend further her amended complaint.

BY THE COURT:


/s/ Harvey Bartle III
                              J.